# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV. NO. 09-00512 ACK-BMK |
| CASE NAME: | Hilda L. Solis, Secretary of Labor, U.S. Department of Labor v. Laborer's International Union of North America, Local 368 |
| ATTYS FOR PLA: | Leon E. Pasker |
| ATTYS FOR DEFT: | Rebecca L. Covert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 1/20/2010 | TIME: | 1:28-1:41 p.m. |

COURT ACTION:  EP:

Hearing on [9] Order to Show Cause Re Subpoenas Duces Tecum held.

Hearing on [12] Respondent's Motion To Quash Administrative Subpoenas Duces Tecum or in the Alternative, for Protective Order held.  Respondent's motion to quash is DENIED; Respondent's motion for protective order is GRANTED IN PART. Respondent shall comply with the July 14, 2009 subpoena duces tecum.  After reviewing the documents sought in that subpoena, Petitioner shall determine whether there is still a need for the documents sought in the June 22, 2009 subpoena duces tecum.  If so, Petitioner shall notify Respondent, and Respondent shall produce the documents sought in that subpoena.

The Court FINDS and RECOMMENDS that Petitioner's [1] Petition to Enforce Administrative Subpoenas Duces Tecum be GRANTED.

Leon E. Pasker to prepare an Order on the motion, as well as a Finding and Recommendation on the petition.

Submitted by kur2, law clerk.